IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH

| | |
|---|---|
| CHARLES A. PASCAL, STEPHANIE MCFADDEN, JAMES WRAY, <br><br> Plaintiffs, <br><br> vs. <br><br> ARMSTRONG COUNTY BOARD OF COMMISSIONERS, DONALD K. MYERS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE ARMSTRONG COUNTY BOARD OF COMMISSIONERS; JASON RENSHAW, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE ARMSTRONG COUNTY BOARD OF COMMISSIONERS; AND PAT FABIAN, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE ARMSTRONG COUNTY BOARD OF COMMISSIONERS; <br><br> Defendants, | 2:22-CV-01726-CRE |

## **ORDER**

AND NOW, this 7th day of December, 2023,

Upon consideration of Defendants' motion to dismiss (ECF No. 24), it is HEREBY ORDERED that Defendants' motion is granted in part as follows: Plaintiffs' Fourteenth Amendment procedural due process claim is dismissed with prejudice and the Court declines to exercise supplemental jurisdiction over the remaining state law claims and those claims are dismissed without prejudice.

The Clerk shall mark this CASE CLOSED.

1

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

cc: all counsel of record via CM/ECF electronic filing